**BARTHEL & BARTHEL, APC**
Nicholas Barthel, Esq. (319105)
nick@barthelbarthel.com
2173 Salk Ave., Ste. 250
Carlsbad, CA 92008
Telephone: (760) 259-0033
Facsimile: (760) 536-9010

*Attorney for Plaintiff Gabriel Llamas,*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL LLAMAS,**<br>Plaintiff,<br><br>v.<br><br>**T-MOBILE USA, INC; ENHANCED RECOVERY COMPANY, LLC; TRANS UNION LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,**<br>Defendants. | **Case No.:** 3:22cv73-W-WVG<br><br>**PROOF OF SERVICE OF COMPLAINT, SUMMONS, ETC. ON T-MOBILE USA, INC; ENHANCED RECOVERY COMPANY, LLC; TRANS UNION LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.** |

BARTHEL & BARTHEL, APC
2173 SALK AVENUE, SUITE 250
CARLSBAD, CA 92008
760-259-0033
Attorney for: GABRIEL LLAMAS
Atty. File No.: 22CV0073W

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PLAINTIFF : GABRIEL LLAMAS | | Case No. : 22CV0073W WVG |
| DEFENDANT : T-MOBILE USA, INC; ET AL. | | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party Served   : ENHANCED RECOVERY COMPANY, LLC
                      AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
   b. Person Served : NICOLE STAUSS, CUSTOMER SERVICE LIASON
                      (AUTHORIZED TO ACCEPT FOR CSC)

4. Address where the party was served:  2710 GATEWAY OAKS DRIVE   SUITE 150N
                                         SACRAMENTO, CA  95833   (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party  (1) on  January 24, 2022  (2) at: 03:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: ENHANCED RECOVERY COMPANY, LLC
                    AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
      under  [xx]  CCP 416.40  (association or partnership)

7. **Person who served papers**
   a. DENNIS E. LARKIN                          d. Fee For Service : $ 54.75
   b. KNOX ATTORNEY SERVICE                     e. I am
      1550 HOTEL CIRCLE NORTH SUITE 440            (3) a registered California process server
      SAN DIEGO, CA 92108                              (i) an independent contractor
   c. 619-233-9700                                    (ii) Registration No.: PS-508
                                                      (iii) County: YOLO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date : January 27, 2022                Signature: _____
                                                  DENNIS E. LARKIN

Jud. Coun. form, rule 2.150 CRC        **PROOF OF SERVICE**           Ref. No.: 0772389-02
JC Form POS 010 (Rev. January 1, 2007)

BARTHEL & BARTHEL, APC
2173 SALK AVENUE, SUITE 250
CARLSBAD, CA 92008
760-259-0033
Attorney for: GABRIEL LLAMAS
Atty. File No.: 22CV0073W

UNITED STATES DISTRICT COURT

PLAINTIFF   : GABRIEL LLAMAS
DEFENDANT   : T-MOBILE USA, INC; ET AL.

Case No.: 22CV0073W WVG
**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party Served : EXPERIAN INFORMATION SOLUTIONS, INC.
      AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
   b. Person Served : JOHN MONTIJO, CLERK
      (AUTHORIZED TO ACCEPT FOR CT CORPORATION)

4. Address where the party was served: 330 NORTH BRAND BLVD   SUITE 700
   GLENDALE, CA 91203 (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 24, 2022 (2) at: 12:35 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: EXPERIAN INFORMATION SOLUTIONS, INC.
      AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
      under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. BRETT PETERS
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 110.75
   e. I am
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 109
         (iii) County: VENTURA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date : January 27, 2022

Signature: _____
BRETT PETERS

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Ref. No.: 0772389-03

BARTHEL & BARTHEL, APC
2173 SALK AVENUE, SUITE 250
CARLSBAD, CA 92008
760-259-0033
Attorney for: GABRIEL LLAMAS
Atty. File No.: 22CV0073W

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| PLAINTIFF : GABRIEL LLAMAS | | Case No. : 22CV0073W WVG |
| DEFENDANT : T-MOBILE USA, INC; ET AL. | | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party Served : T-MOBILE USA, INC
                    AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
   b. Person Served : NICOLE STAUSS, CUSTOMER SERVICE LIASON
                      (AUTHORIZED TO ACCEPT FOR CSC)

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE   SUITE 150N
                                        SACRAMENTO, CA 95833  (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on   January 24, 2022   (2) at: 03:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: T-MOBILE USA, INC
                    AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
      under  [xx]  CCP 416.10   (corporation)

7. **Person who served papers**
   a. DENNIS E. LARKIN
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 110.75
   e. I am
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: PS-508
         (iii) County: YOLO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date : January 27, 2022          Signature: _____
                                            DENNIS E. LARKIN

Jud. Coun. form, rule 2.150 CRC           **PROOF OF SERVICE**           Ref. No. : 0772389-01
JC Form POS 010 (Rev. January 1, 2007)

BARTHEL & BARTHEL, APC
2173 SALK AVENUE, SUITE 250
CARLSBAD, CA 92008
760-259-0033
Attorney for: GABRIEL LLAMAS
Atty. File No.: 22CV0073W

UNITED STATES DISTRICT COURT

PLAINTIFF    : GABRIEL LLAMAS                                  Case No. : 22CV0073W WVG
DEFENDANT    : T-MOBILE USA, INC; ET AL.                       **PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party Served    : TRANS UNION LLC
                       AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
   b. Person Served   : JENN BAUTISTA, CUSTOMER SERVICE
                       (AUTHORIZED TO ACCEPT SERVICE)

4. Address where the party was served:  2710 GATEWAY OAKS DRIVE    SUITE 150N
                                        SACRAMENTO, CA 95833   (Business)

5. I served the party
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on  January 27, 2022  (2) at: 03:10 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a.  as an individual defendant.

7. **Person who served papers**
   a. DENNIS E. LARKIN
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700

   d. Fee For Service : $ 105.75
   e. I am
      (3) a registered California process server
         (i)   an independent contractor
         (ii)  Registration No.: PS-508
         (iii) County: YOLO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  January 27, 2022                    Signature:  _____
                                                        DENNIS E. LARKIN

Jud. Coun. form, rule 2.150 CRC             **PROOF OF SERVICE**                Ref. No. : 0772389-04
JC Form POS 010 (Rev. January 1, 2007)